UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-17-1

FILED
2017 DEC 21  A 10: 53
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | VIOLATIONS: 3:17cr291(VLB) |
| JONATHAN SMITH, a.k.a. "John Smith" and "JB" | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Possession with intent to distribute, and distribution of, heroin) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession with Intent to Distribute, and Distribution of, Heroin)

1. On or about July 14, 2017, in the District of Connecticut, the defendant JONATHAN SMITH, a.k.a. "John Smith" and "JB," knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURE ALLEGATION
(Controlled Substances Offenses)

2. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant JONATHAN SMITH, a.k.a. "John Smith" and "JB," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations, including but not limited to: a sum of money equal to the total amount of proceeds obtained as a result of the offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the said defendant named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants, up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL:

/s/
FOREPERSON

JOHN H. DURHAM
UNITED STATES ATTORNEY

ALINA M. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY

2