UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------------X
UNITED STATES OF AMERICA,           :    Criminal No.3:17 cr 291 (VLB)
                                    :
          v.                        :
                                    :
JONATHAN SMITH,                     :
                                    :
          Defendant.                :    MAY 25, 2018
------------------------------------X
```

## STATUS REPORT

Counsel for the defendant, Jonathan Smith, respectfully submits the following update for the Court:

1. The parties are both of a mind to resolve the pending Indictment by way of a global disposition that involves multiple related pending state cases in the Judicial District of New London.

2. AUSA Reynolds has been complying with ongoing discovery to the defendant while attempting to reach a meeting of the minds with the State's Attorney's Office in New London, CT.

3. Counsel for the defendant recently completed a jury trial in Hartford before the Honorable Judge Shea on May 23, and intends to confer with AUSA Reynolds within the next week to further catch up on the government's efforts bring the State of Connecticut on board and to otherwise further the goal of resolving all matters.

4. Undersigned counsel conferred today with the defendant and he is ready and willing to consent to further time limit waivers should the need arise.

Dated: Stamford, Connecticut
May 25, 2018

Respectfully submitted,

By: _____S/_____
Lindy R. Urso (ct 20315)
Attorney at Law
810 Bedford Street, Suite 3
Stamford, CT 06901
(203) 325-4487
(203) 357-0608 (fax)
Lindy@lindyursolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I a copy of the foregoing Status Report was filed via ECF on this 25th day of March in the year of our Lord 2018.

_____/s/_____
Lindy R. Urso